| Attorney or Party without Attorney:<br>LADAS AND PARRY<br>224 SOUTH MICHIGAN AVENUE STE 1600<br>CHICAGO, IL 60604<br>Telephone No: | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>NONE | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District California

Plaintiff: NEW MILANI GROUP, INC., A CALIFORNIA CORPORATION
Defendant: ASLANI

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:17CV02791SJOPJW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT WITH EXHIBITS 1-4 ATTACHED; STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE S. JAMES OTERO; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR).

3. a. Party served:      LAW OFFICE OF PAYMAN TAHERI
   b. Person served:     TED OHAN, PERSON APPARENTLY IN CHARGE

4. Address where the party was served:   12115 MAGNOLIA BLVD., #330
                                          NORTH HOLLYWOOD, CA  91607

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party on: Wed., Apr. 19, 2017 at: 3:12PM, to the person(s) indicated below in the manner as provided in 1011 CCP.

   TED OHAN, PERSON APPARENTLY IN CHARGE

   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.to the person(s) indicated below in the manner as provided in 1011 CCP.
   b. I received this subpoena for service on:   Wednesday, April 19, 2017

6. Witness fees were not demanded or paid.

7. **Person Who Served Papers:**
   a. J. FIGUEROA
   b. LSS LEGAL SERVICES, INC.
      dba LEGAL SUPPORT SERVICES
      1262 1/2 WEST 2ND STREET
      LOS ANGELES, CA  90026
   c. (213) 250-0228, FAX (213) 250-1921

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:   $223.00
   e. I am: (3) registered California process server
      (i)   Owner
      (ii)  Registration No.:   3204
      (iii) County:             Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Fri, Apr. 21, 2017

   (J. FIGUEROA)

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMS IN CIV. ACTION

   102878   .4505673.35022