Case 2:17-cv-02791-SJO-PJW   Document 55   Filed 05/21/18   Page 1 of 1

FILED
CLERK, U.S. DISTRICT COURT
May 21, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NEW MILANI GROUP, INC., A CALIFORNIA CORPORATION<br><br>Plaintiff,<br>Counter-Defendant<br><br>v.<br><br>MILANA ASLANI, AN INDIVIDUAL D/B/A MILLY COSMETICS, A RESIDENT OF CALIFORNIA,<br><br>Defendant,<br>Counter-Plaintiff. | Case No.: 2:17-CV-02791-SJO-POW<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRETY OF CASE WITH PREJUDICE<br><br>Judge: Hon. S. James Otero |

**ORDER**

**FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:**

The Parties' Stipulation for Dismissal of Entirety of Case filed on May 16, 2018 is hereby GRANTED. All claims and counterclaims herein are hereby dismissed with prejudice, with this Court to retain jurisdiction as needed to enforce the terms of the Settlement Agreement entered into by the Parties and filed with this Court on May 16, 2018.

IT IS SO ORDERED.

Signed on the 21st day of May, 2018

By: _____
The Honorable S. James Otero
Judge, United States District Court
for the Central District of California